CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JEFFREY P. SULASKI, | : | **Hon. Noel L. Hillman** |
| Petitioner, | : | Civil No. 07-5518 (NLH) |
| v. | : | |
| PAUL SCHULTZ, | : | **ORDER** |
| Respondent. | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this 14th day of December, 2007,

ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED without prejudice to the filing of a civil action of the kind authorized by <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971); and it is further

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion by regular mail upon Petitioner, and shall close the file.

                                       s/Noel L. Hillman
                                     **NOEL L. HILLMAN**, U.S.D.J.

At Camden, New Jersey